408 A.2d 538

Commonwealth, Appellant, v. Gilbert.

Submitted September 15, 1978. Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellant; George B. Ditter, Assistant Public Defender, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

408 A.2d 538

Commonwealth, Appellant, v. Guarnaccia.

 Submitted September 15, 1978. Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellant; Thomas E. Coval, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order reversed.